

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GUS MASSEY, JR., | § | No. 08-22-00090-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| EL PASO, TX CITY ATTORNEY'S OFFICE, | § | of El Paso County, Texas |
| | § | (TC# 2021-CCV00636) |
| Appellee. | § | |
| | § | |

### **O R D E R**

The Court, on its own motion, VACATES the setting of February 24, 2023, at 11:00 a.m., for submission with oral argument. The setting will be rescheduled on a later date with due notice provided.

IT IS SO ORDERED this 6th day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.